UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20365-CIV-MOORE/GARBER

In re:
SOUTH BEACH COMMUNITY
HOSPITAL LLC,

    Debtor.
_____/
ALAN L. GOLDBERG, Trustee for
South Beach Community Hospital, LLC,

    Plaintiff,

vs.

IRA S. BARTON and WILLIAM ZUBKOFF,
individually,

    Defendants.
_____/

**OMNIBUS ORDER (1) CANCELLING MAY 30, 2007, HEARING REGARDING IRA S. BARTON'S AND WILLIAM ZUBKOFF'S MOTION TO WITHDRAW THE REFERENCE AND (2) GRANTING IN PART AND DEFERRING IN PART THE PARTIES' JOINT STIPULATION FOR ENTRY OF AGREED ORDER GRANTING IN PART AND DENYING IN PART IRA S. BARTON'S AND WILLIAM ZUBKOFF'S MOTION TO WITHDRAW THE REFERENCE AND TO CANCEL HEARING**

This Matter came before the Court on the parties' Joint Stipulation for Entry of Agreed Order Granting in Part and Denying in Part Ira S. Barton's and William Zubkoff's Motion To Withdraw The Reference and to Cancel Hearing (D.E. #5).

Based on the parties' Join Stipulation, it is **ORDERED** that:

1

1. The parties' Joint Stipulation for Entry of Agreed Order Granting in Part and Denying in Part Ira S. Barton's and William Zubkoff's Motion To Withdraw The Reference and to Cancel Hearing (D.E. #5) is **GRANTED in part** and **DEFERRED in part.**

2. The hearing previously scheduled before the undersigned for May 30, 2007, at 10:00 a.m., *see* D.E. #4, is cancelled.

3. The Court will soon enter a report and recommendation regarding Ira S. Barton's and William Zubkoff's Motion To Withdraw The Reference (D.E. #1).

DONE AND ORDERED in Chambers at Miami, Florida this 29th day of May, 2007.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States District Judge K. Michael Moore
Counsel of record